**No. 59706.**—D. P. Bushnell & Co., Inc., et al. *v.* United States, protests 243908–K, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, FEBRUARY 2, 1956

**No. 59707.**—John Wanamaker, Phila., Inc. *v.* United States, protests 189517–K, 190188–K, and 214585–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise marked "A" consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited*, and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 59708.**—Novelty Veiling Co., Inc. *v.* United States, protests 226080–K, 229770–K, and 238043–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.